JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPANISH HILLS SURGERY CENTER, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS, and DOES 1 through 100,<br><br>    Defendants. | CASE NO. 2:12-cv-10242-SVW-JC<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 45 days, to request a status conference be scheduled if settlement is not consummated, or to file a stipulation of dismissal. The Court further VACATES the hearing on Plaintiff's Motion for Leave to File a First Amended Complaint set for June 3, 2013, and further VACATES the Court Trial set for July 2, 2013 at 9:00 a.m.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: May 31, 2013

THE HON. STEPHEN V. WILSON
United States District Judge